IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN COOPER,<br>    Petitioner<br>v.<br><br>NANCY GIROUX, et al.,<br>    Respondents | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 14-5858 |

**ORDER**

AND NOW this  9th  day of May, 2016, upon consideration of Petitioner Kevin Cooper's petition for writ of habeas corpus (Doc. No. 1), the Commonwealth's response in opposition (Doc. No. 10), and the Report and Recommendation of the Magistrate Judge Richard A. Lloret, it is ORDERED:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Cooper's petition for writ of habeas corpus (Doc. No. 1) is DENIED with prejudice;

3. No certificate of appealability should issue, because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and,

4. The Clerk of Court shall mark this file closed for statistical purposes.

BY THE COURT:

_____
HON. C. DARNELL JONES, II
U.S. District Court Judge