IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN COOPER, | : | |
|    Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 14-5858 |
| NANCY GIROUX et al., | : | |
|    Respondents. | : | |

## ORDER

AND NOW, this 24th day of October, 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, (Dkt No. 1), and after review of the Report and Recommendation of the United States Magistrate Judge Richard A. Lloret, (Dkt No. 13), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;
3. No certificate of appealability should issue, because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find "my assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); and,
4. The Clerk of Court shall mark this file closed for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II     J.